◼◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELLY SPENCER, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Broomer, J.), rendered November 9, 1989, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the trial court's charge on the

issue of identification is not preserved for appellate review since no exception was taken to the court's charge *(see,* CPL 470.05 [2]; *People v Stokes,* 162 AD2d 737, 738; *People v Wynn,* 108 AD2d 768) and we decline to exercise our interest of justice jurisdiction to reach the issue. Brown, J. P., Kunzeman, Harwood and Rosenblatt, JJ., concur.